# EXHIBIT A

Corey A. Dietz, ESQ. -113412014
BRACH EICHLER L.L.C.
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700
Attorneys for Plaintiff

| | |
|---|---|
| SHAWN STEWART,<br><br>*Plaintiff,*<br><br>vs.<br><br>CARDINAL HEALTH 200, LLC; JOHN DOE INCORPORATED 1-5; JOHN DOE 1-5; (fictitious designations),<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L<br><br>Civil Action<br><br>**COMPLAINT, CERT. PURSUANT TO R. 4:5-1; DEMAND FOR JURY TRIAL; DESIGN. OF TRIAL COUNSEL; STATEMENT OF DAMAGES PURSUANT TO R. 4:5-2** |

Plaintiff, Shawn Stewart, by and through his counsel, Brach Eichler LLC, for their Complaint against the Defendants, state as follows:

### PARTIES

1. At all times material hereto, Plaintiff, Shawn Stewart, was a resident of the State of New Jersey, residing at 100 Roosevelt Village, H12, Carteret, County of Middlesex, New Jersey 07008.

2. At all times material hereto, Defendant, Cardinal Health 200, LLC, is an entity conducting business in the State of New Jersey with a principal place of business at 500 Neelytown Road, Montgomery, New York 12549.

3. At all times material hereto, Defendants, John Doe 1-5; were and/or are fictitiously named individuals, the identity, addresses and culpable conduct of said Defendants being presently unknown. Said Defendants were responsible for preparing the trailer, positioning the load and/or securing the load and did so in such a negligent manner as to injure the Plaintiff. The Plaintiff reserves the right to amend this Complaint upon obtaining knowledge of the identity, addresses and culpable conduct of the Defendants represented herein as John Doe 1-5.

4. At all times material hereto, Defendants, John Doe Incorporated 1-5; were and/or are fictitiously named partnerships, professional associations and/or professional corporations (hereinafter "partnerships") which exist under the laws of the State of New Jersey, the identity, addresses and culpable conduct of said defendants being presently unknown. Said Defendants were responsible for preparing the trailer, positioning the load and/or securing the load in such a negligent manner as to injure the Plaintiff. The Plaintiff reserves the right to amend this Complaint upon obtaining knowledge of the identity, addresses and culpable conduct of the defendants represented herein as John Doe Incorporated 1-5.

5. All Defendants acted by and through their respective agents, servants, employees, officers, directors or others, actual and/or apparent, any and all of which were then and there acting within the course and scope of their employment, duties or agency, actual and/or apparent.

## FACTS COMMON TO ALL COUNTS

6. Plaintiff herein incorporates paragraphs 1 through 5 as though the same were set forth herein at length.

7. On or about May 2, 2024, Plaintiff, Shawn Stewart, was the operator of a tractor-trailer owned by Defendant, Cardinal Health 200, LLC, that was traveling southbound on the County Ave, at or near its intersection with County Road, Secaucus, County of Hudson and State of New Jersey.

## COUNT I- NEGLIGENCE

8. Plaintiff herein incorporates paragraphs 1 through 7 as though the same were set forth herein at length.

9. At the above time and place, Defendants, so carelessly, negligently and recklessly prepared the trailer, positioned the load and/or secured the load so as to cause the tractor-trailer Plaintiff was operating to overturn.

10. At the above time and place Defendants, John Does 1-5 (fictitiously named) and John Doe Incorporated 1-5 (fictitiously named), their agents or assigns so carelessly, negligently and recklessly prepared the trailer, positioned the load and/or secured the load of said trailer so as to cause the load to shift as Plaintiff turned his truck resulting in the shifting of the weight and/or overturning of the load inside the trailer to cause Plaintiff's truck to overturn.

11. As a result of the individual, joint and/or several tortuous conduct of the various Defendants as set forth above, Plaintiff, Shawn Stewart, was caused to be violently twisted, jolted, strained and lurched about thereby sustaining serious injuries and damages.

12. As a further result of this incident and by reason of the injuries sustained, Plaintiff has in the past and will in the future be obliged to receive and undergo medical attention and care and to expend various sums of money and/or to incur various expenses for care and treatment of the injuries he has suffered, all to his great detriment and loss.

13. As a further result of this incident and by reason of the injuries sustained, Plaintiff has sustained an impairment of his earning capacity and power, all to his great detriment and loss.

14. As a further result of this incident and by reason of the injuries sustained, Plaintiff has in the past incurred and will in the future continue to incur other financial losses or expenses.

15. As a further result of this accident and by reasons of the injuries sustained, Plaintiff has in the past suffered and will in the future continue to suffer great pain, suffering, agony, mental anguish, embarrassment and humiliation, all to his great detriment and loss.

16. As a further result of this incident and by reasons of the injuries sustained, Plaintiff has in the past and will in the future be hindered from attending to his daily duties, functions and occupation, all to his great detriment and loss.

**WHEREFORE,** Plaintiff, by and through his counsel demand compensatory damages, as well as interests, costs, disbursements, attorneys fees, and other relief as this Honorable Court may deem just and proper.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury as to all issues.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

- 4 -

## DESIGNATION OF TRIAL COUNSEL

Pursuant to *R.* 4:25-4, Corey A. Dietz, Esquire, is hereby designated as trial counsel on behalf of plaintiff.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

## CERTIFICATION PURSUANT TO R. 4:5-1

I, Corey A. Dietz, Esquire, hereby certify that the facts contained in the within matter are not subject of any other action pending in any other court or of a pending arbitration proceeding to the best of my knowledge or belief. Further, other than the parties set forth in this pleading, I know of no other parties that should be joined in the above action. I also certify that the facts contained in the within matter are true and correct to the best of my knowledge and belief. If any of the statements made by me are willfully false, I am subject to punishment.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

- 5 -

**STATEMENT OF DAMAGES CLAIMED PURSUANT TO R. 4:5-2**

Plaintiff requests damages in the amount of $1,000,000.00 One Million Dollars with regard to the above-captioned case.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-003071-25**

**Case Caption:** STEWART SHAWN VS CARDINAL HEALTH 200, LLC

**Case Initiation Date:** 05/21/2025

**Attorney Name:** COREY A DIETZ

**Firm Name:** BRACH EICHLER LLC

**Address:** 101 EISENHOWER PKWY ROSELAND NJ 07068

**Phone:** 9732285700

**Name of Party:** PLAINTIFF : STEWART, SHAWN

**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: SHAWN STEWART?** NO

---

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
   **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO  **Medical Debt Claim?** NO

---

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/21/2025                                                                                                    /s/ COREY A DIETZ
Dated                                                                                                              Signed