# EXHIBIT B



**CT Corporation**
**Service of Process Notification**
05/27/2025
CT Log Number 549221049

## Service of Process Transmittal Summary

**TO:** Alicia Kimmle
Cardinal Health, Inc.
7000 CARDINAL PL
DUBLIN, OH 43017-1091

**RE:** **Process Served in Ohio**

**FOR:** Cardinal Health 200, LLC  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SHAWN STEWART // To: Cardinal Health 200, LLC |
| **CASE #:** | MIDL307125 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **PROCESS SERVED ON:** | C T Corporation System, Columbus, OH |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/27/2025 at 14:46 |
| **JURISDICTION SERVED:** | Ohio |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Laura Garza  laura.garza@cardinalhealth.com |
| | Email Notification,  Alicia Kimmle  alicia.kimmle@cardinalhealth.com |
| | Email Notification,  Katie Alvarez  katie.alvarez@cardinalhealth.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
8775647529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, May 27, 2025
**Server Name:** Jeffrey Cremeans

| Entity Served | CARDINAL HEALTH 200, LLC |
|---|---|
| Case Number | MID-L-3071-25 |
| Jurisdiction | OH |

| Inserts | |
|---|---|
| | |



BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, New Jersey 070680
Attorney for Plaintiff
(973) 228-5700

| | |
|---|---|
| SHAWN STEWART, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY |
| *Plaintiffs,* | DOCKET NO. MID-L-3071-25 |
| vs. | Civil Action<br>SUMMONS |
| CARDINAL HEALTH 200, LLC; JOHN DOE INCORPORATED 1-5; JOHN DOE 1-5; (fictitious designations), | |
| *Defendants.* | |

From The State of New Jersey, To The Defendant(s) Named Above:

### CARDINAL HEALTH 200, LLC

  The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, New Jersey 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

  If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

  If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Michelle M. Smith, Clerk<br>
Superior Court of New Jersey

**ADDRESS: 500 NEELYTOWN ROAD, MONTGOMERY, NY 12549.**

**Corey A. Dietz, ESQ. -113412014**
**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700
Attorneys for Plaintiff

| | |
|---|---|
| SHAWN STEWART,<br><br>*Plaintiff,*<br><br>vs.<br><br>CARDINAL HEALTH 200, LLC; JOHN DOE INCORPORATED 1-5; JOHN DOE 1-5; (fictitious designations),<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L<br><br>Civil Action<br><br>**COMPLAINT, CERT. PURSUANT TO R. 4:5-1; DEMAND FOR JURY TRIAL; DESIGN. OF TRIAL COUNSEL; STATEMENT OF DAMAGES PURSUANT TO R. 4:5-2** |

Plaintiff, Shawn Stewart, by and through his counsel, Brach Eichler LLC, for their Complaint against the Defendants, state as follows:

### PARTIES

1. At all times material hereto, Plaintiff, Shawn Stewart, was a resident of the State of New Jersey, residing at 100 Roosevelt Village, H12, Carteret, County of Middlesex, New Jersey 07008.

2. At all times material hereto, Defendant, Cardinal Health 200, LLC, is an entity conducting business in the State of New Jersey with a principal place of business at 500 Neelytown Road, Montgomery, New York 12549.

3.  At all times material hereto, Defendants, John Doe 1-5; were and/or are fictitiously named individuals, the identity, addresses and culpable conduct of said Defendants being presently unknown. Said Defendants were responsible for preparing the trailer, positioning the load and/or securing the load and did so in such a negligent manner as to injure the Plaintiff. The Plaintiff reserves the right to amend this Complaint upon obtaining knowledge of the identity, addresses and culpable conduct of the Defendants represented herein as John Doe 1-5.

4.  At all times material hereto, Defendants, John Doe Incorporated 1-5; were and/or are fictitiously named partnerships, professional associations and/or professional corporations (hereinafter "partnerships") which exist under the laws of the State of New Jersey, the identity, addresses and culpable conduct of said defendants being presently unknown. Said Defendants were responsible for preparing the trailer, positioning the load and/or securing the load in such a negligent manner as to injure the Plaintiff. The Plaintiff reserves the right to amend this Complaint upon obtaining knowledge of the identity, addresses and culpable conduct of the defendants represented herein as John Doe Incorporated 1-5.

5.  All Defendants acted by and through their respective agents, servants, employees, officers, directors or others, actual and/or apparent, any and all of which were then and there acting within the course and scope of their employment, duties or agency, actual and/or apparent.

## FACTS COMMON TO ALL COUNTS

6.  Plaintiff herein incorporates paragraphs 1 through 5 as though the same were set forth herein at length.

7.  On or about May 2, 2024, Plaintiff, Shawn Stewart, was the operator of a tractor-trailer owned by Defendant, Cardinal Health 200, LLC, that was traveling southbound on the County Ave, at or near its intersection with County Road, Secaucus, County of Hudson and State of New Jersey.

## COUNT I- NEGLIGENCE

8. Plaintiff herein incorporates paragraphs 1 through 7 as though the same were set forth herein at length.

9. At the above time and place, Defendants, so carelessly, negligently and recklessly prepared the trailer, positioned the load and/or secured the load so as to cause the tractor-trailer Plaintiff was operating to overturn.

10. At the above time and place Defendants, John Does 1-5 (fictitiously named) and John Doe Incorporated 1-5 (fictitiously named), their agents or assigns so carelessly, negligently and recklessly prepared the trailer, positioned the load and/or secured the load of said trailer so as to cause the load to shift as Plaintiff turned his truck resulting in the shifting of the weight and/or overturning of the load inside the trailer to cause Plaintiff's truck to overturn.

11. As a result of the individual, joint and/or several tortuous conduct of the various Defendants as set forth above, Plaintiff, Shawn Stewart, was caused to be violently twisted, jolted, strained and lurched about thereby sustaining serious injuries and damages.

12. As a further result of this incident and by reason of the injuries sustained, Plaintiff has in the past and will in the future be obliged to receive and undergo medical attention and care and to expend various sums of money and/or to incur various expenses for care and treatment of the injuries he has suffered, all to his great detriment and loss.

13. As a further result of this incident and by reason of the injuries sustained, Plaintiff has sustained an impairment of his earning capacity and power, all to his great detriment and loss.

14. As a further result of this incident and by reason of the injuries sustained, Plaintiff has in the past incurred and will in the future continue to incur other financial losses or expenses.

15. As a further result of this accident and by reasons of the injuries sustained, Plaintiff has in the past suffered and will in the future continue to suffer great pain, suffering, agony, mental anguish, embarrassment and humiliation, all to his great detriment and loss.

16. As a further result of this incident and by reasons of the injuries sustained, Plaintiff has in the past and will in the future be hindered from attending to his daily duties, functions and occupation, all to his great detriment and loss.

**WHEREFORE,** Plaintiff, by and through his counsel demand compensatory damages, as well as interests, costs, disbursements, attorneys fees, and other relief as this Honorable Court may deem just and proper.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury as to all issues.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

## DESIGNATION OF TRIAL COUNSEL

Pursuant to *R.* 4:25-4, Corey A. Dietz, Esquire, is hereby designated as trial counsel on behalf of plaintiff.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

## CERTIFICATION PURSUANT TO R. 4:5-1

I, Corey A. Dietz, Esquire, hereby certify that the facts contained in the within matter are not subject of any other action pending in any other court or of a pending arbitration proceeding to the best of my knowledge or belief. Further, other than the parties set forth in this pleading, I know of no other parties that should be joined in the above action. I also certify that the facts contained in the within matter are true and correct to the best of my knowledge and belief. If any of the statements made by me are willfully false, I am subject to punishment.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

## STATEMENT OF DAMAGES CLAIMED PURSUANT TO R. 4:5-2

Plaintiff requests damages in the amount of $1,000,000.00 One Million Dollars with regard to the above-captioned case.

BRACH EICHLER, L.L.C.

BY: _____
COREY A. DIETZ, ESQUIRE
Attorney for Plaintiff

Dated: May 21, 2025

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-003071-25

**Case Caption:** STEWART SHAWN VS CARDINAL HEALTH 200, LLC
**Case Initiation Date:** 05/21/2025
**Attorney Name:** COREY A DIETZ
**Firm Name:** BRACH EICHLER LLC
**Address:** 101 EISENHOWER PKWY ROSELAND NJ 07068
**Phone:** 9732285700
**Name of Party:** PLAINTIFF : STEWART, SHAWN
**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by:** SHAWN STEWART? NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO  **Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/21/2025
Dated

/s/ COREY A DIETZ
Signed