# EXHIBIT C

# AFFIDAVIT OF SERVICE

COURT NAME: Superior Court of New Jersey, Law Division: Middlesex County

CASE #: MID-L-3071-25

PLAINTIFF/DEFENDANT: Shawn Stewart VS, Cardinal Health 200, LLC, et. al.

DOCUMENTS SERVED: Summons, Complaint, Cert. Pursuant to R. 4:5-1; Demand For Jury Trial; Design. of Trial Counsel; Statement of Damages Pursuant to R. 4:5-2, Civil Case Information Statement

DATE DOCUMENTS RECEIVED BY PROCESS SERVER: 5/27/2025

DATE AND TIME DOCUMENTS SERVED: 5/27/2025 at 2:20 p.m.

ENTITY DOCUMENTS SERVED UPON: Cardinal Health 200, LLC
c/o CT Corporation

TYPE OF SERVICE MADE: Corporate, hand-delivery

SERVED UPON: Daylen Platt- SOP Intake Associate

ADDRESS SERVED: 4400 Easton Commons Way
Columbus, Ohio 43219

Description of Person Served:  SEX: Male   SKIN: White   HEIGHT: 5'7
WEIGHT: 130 lbs.   AGE: 35   HAIR COLOR: Brown   GLASSES: Yes

Name of Process Server: Erika Cremeans

Address of Process Server: 2862 Johnstown Rd.
Columbus, Ohio 43219

STATE OF OHIO:
COUNTY OF FRANKLIN;

_____Erika Cremeans_____ personally appeared before me, a Notary Public on this __28th__ day of __May__, 20_25_, and being duly sworn, deposes and states that the following information on the above Affidavit of Service is true and accurate.

_Erika Cremeans_
Affiant

_____
Notary Public