# EXHIBIT D

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
John P. O'Toole, Esq. (Atty. I.D. No. 38791989)
Kristine Y. Pegno, Esq. (Atty. I.D. No. 325222020)
7 Giralda Farms
Madison, New Jersey 07940
Tel: (973) 624-0800
Fax: (973) 624-0808
john.otoole@wilsonelser.com; kristine.pegno@wilsonelser.com
*Attorneys for Defendant, Cardinal Health 200, LLC*

| | |
|---|---|
| SHAWN STEWART | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: MIDDLESEX COUNTY |
| Plaintiff, | DOCKET NO.: MID-L-3071-25 |
| v. | Civil Action |
| CARDINAL HEALTH 200, LLC; JOHN DOE INCORPORATED 1-5; JOHN DOE 1-5 (fictitious designations), | **NOTICE OF REMOVAL** |
| Defendants. | |

**TO:**   **Clerk, Law Division – Civil**
          **Corey A. Dietz, Esq. via E-Courts**

**PLEASE TAKE NOTICE**, that on this 24th day of June 2025, Defendant, Cardinal Health 200, LLC (hereinafter, "Defendant"), removed this action to the United States Court of the District of New Jersey by filing a Notice of Removal in that Court pursuant to 28 *U.S.C.* §§ 1332, 1441, and 1446. A copy of the Notice of Removal and accompanying exhibits are attached hereto as "**Exhibit A**." Accordingly, and pursuant to 28 *U.S.C.* § 1446(d), this Court may proceed no further unless and until this case is remanded.

                    Respectfully submitted,

                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
                    *Attorneys for Defendant, Cardinal Health 200, LLC*

315175160v.1

                By:    /s/ *Kristine Y. Pegno*
Kristine Y. Pegno, Esq.
7 Giralda Farms
Madison, NJ 07940
Tel: (973) 624-0800
Fax: (973) 624-0808
Email: kristine.pegno@wilsonelser.com

Dated: June 24, 2025